IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-60821
_____

SOUTHWESTERN ELECTRIC POWER COMPANY; UTILITY WATER ACT GROUP; UNION ELECTRIC COMPANY, doing business as Ameren Missouri; WATERKEEPER ALLIANCE, INCORPORATED; ENVIRONMENTAL INTEGRITY PROJECT; SIERRA CLUB; AMERICAN WATER WORKS ASSOCIATION; NATIONAL ASSOCIATION OF WATER COMPANIES; CITY OF SPRINGFIELD, MISSOURI, by and through the Board of Public Utilities; DUKE ENERGY INDIANA, INCORPORATED,

      Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency,

      Respondents

_____

Petitions for Review of an Order of the
Environmental Protection Agency
_____

O R D E R :

IT IS ORDERED that the opposed motion of Respondents to stay further proceedings for 120 days, until August 12, 2017, is GRANTED.

IT IS FURTHER ORDERED that the opposed motion of Respondents be permitted to file a motion to govern further proceedings to inform the Court if it wishes to seek a remand of any provisions of the rule, upon the conclusion of the 120 days is GRANTED.

_____
EDWARD C. PRADO
UNITED STATES CIRCUIT JUDGE