# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____
                                       )
SOUTHWESTERN ELECTRIC       )
POWER COMPANY, et al.,         )
                                       )
              Petitioners,    )
                                       )
v.                                     )    No. 15-60821
                                     )
UNITED STATES                    )
ENVIRONMENTAL PROTECTION )
AGENCY, et al.,                      )
                                     )
             Respondents.    )
_____)

## STATUS REPORT

Respondents (collectively, "EPA") submit this status report in accordance with this Court's August 22, 2017, order.

1.    These consolidated petitions for review challenge a 2015 EPA rule entitled "Effluent Limitations Guidelines and Standards for the Steam Electric Power Generating Point Source Category," 80 Fed. Reg. 67,838 (Nov. 3, 2015) ("2015 Rule").

2.    On August 22, 2017, the Court granted EPA's motion to sever and hold in abeyance, pending EPA's completion of further agency action, all judicial proceedings related to certain portions of the 2015 Rule. The Court also granted

1

EPA's proposal to file status reports at ninety-day intervals and promptly upon the completion of further agency action. Doc. No. 00514126308.

3. EPA completed its revision of the 2015 Rule by finalizing the "Steam Electric Reconsideration Rule," 85 Fed. Reg. 64,650 (Oct. 13, 2020).

4. On March 25, 2021, this Court ordered that this case continue to be held in abeyance pending judicial review of the Steam Electric Reconsideration Rule. Doc. No. 00515796267.

5. Petitions for review of the Steam Electric Reconsideration Rule have been consolidated in the U.S. Court of Appeals for the Fourth Circuit. *Appalachian Voices v. EPA*, No. 20-2187 (4th Cir.) (lead case); Consolidation Order, *In re: Environmental Protection Agency, Final Rule: Steam Electric Reconsideration Rule, 85 Fed. Reg. 64,650, Published on October 13, 2020*, MCP No. 161 (J.P.M.L. Nov. 19, 2020), Doc. No. 5.

6. The Fourth Circuit granted abeyances of the litigation to allow the new administration to review the Steam Electric Reconsideration Rule. Order, *Appalachian Voices*, No. 20-2187 (4th Cir. June 1, 2021), Doc. No. 61; Order, *Appalachian Voices*, No. 20-2187 (4th Cir. Mar. 1, 2021), Doc. No. 53.

7. On July 26, 2021, EPA filed a motion to continue to hold the Fourth Circuit case in abeyance pending further rulemaking. Mot. to Hold Case in Abeyance, *Appalachian Voices*, No. 20-2187 (4th Cir. July 26, 2021), Doc. No. 62.

The motion was based on an announcement by EPA that it had decided to initiate a notice-and-comment rulemaking to reconsider the Steam Electric Reconsideration Rule. *See* 86 Fed. Reg. 41,801 (Aug. 3, 2021) (notice of rulemaking initiative); *see also* Decl. of Radhika Fox, *Appalachian Voices*, No. 20-2187 (4th Cir. July 26, 2021), Doc. No. 62-2.

8. The Fourth Circuit granted the motion and ordered the case to be held in abeyance pending the completion of EPA's rulemaking. *Appalachian Voices*, No. 20-2187 (4th Cir. April 8, 2022), Doc. No. 83.

9. On March 29, 2023, the Federal Register published notice of EPA's proposed rulemaking. EPA, *Supplemental Effluent Limitations Guidelines and Standards for the Steam Electric Power Generating Point Source Category*, 88 Fed. Reg. 18,824, 18,824 (Mar. 29, 2023). EPA received public comments through May 30, 2023. *Id*. at 18,824. EPA is now considering the comments in its assessment of any final rule.

10. Because judicial review of the Steam Electric Reconsideration Rule remains pending, this Court should continue to hold these petitions in abeyance. In accordance with this Court's August 22, 2017, order, EPA will file another status report either in ninety days or at the conclusion of judicial review of the Steam Electric Reconsideration Rule — whichever comes sooner.

DATE: September 29, 2023                Respectfully submitted,

                                              TODD KIM
                                              Assistant Attorney General

                                              */s/ Kimere J. Kimball*
                                              KIMERE J. KIMBALL
                                              U.S. Department of Justice
                                              Environment and Natural Resources
                                                Division
                                              Environmental Defense Section
                                              P.O. Box 7611
                                              Washington, D.C. 20044
                                              (202) 514-2285 (direct line)
                                              (202) 514-8865 (facsimile)
                                              Kimere.kimball@usdoj.gov

                                              *Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

                                                                               */s/ Kimere J. Kimball*