# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| SOUTHWESTERN ELECTRIC POWER COMPANY, et al., | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) No. 15-60821 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

## MOTION OF PETITIONERS SOUTHWESTERN ELECTRIC POWER COMPANY, UNION ELECTRIC COMPANY d/b/a AMEREN MISSOURI, AND UTILITY WATER ACT GROUP AND INTERVENOR UTILITY WATER ACT GROUP TO WITHDRAW APPEARANCES OF <u>KRISTY A.N. BULLEIT AND HARRY M. JOHNSON, III</u>

Under Federal Rule of Appellate Procedure 27, and Fifth Circuit Rule 27.1, Petitioners Southwestern Electric Power Company, Union Electric Company d/b/a Ameren Missouri and Utility Water Act Group and Intervenor Utility Water Act Group (together "UWAG et al.") move this Court to withdraw the appearance of Kristy A.N. Bulleit and Harry M. Johnson, III as counsel in this case.

Ms. Bulleit retired from Hunton Andrews Kurth LLP on March 31, 2022. On April 7, 2022, the Utility Water Act Group moved the Court to withdraw Ms. Bulleit's appearance. ECF No. 340. On April 8, 2022, the Court issued an Order

granting the unopposed motion and withdrew Ms. Bulleit as counsel for Utility Water Act Group and Union Electric Company, ECF No. 341. UWAG et al. respectfully requests that Ms. Bulleit also be withdrawn as counsel for Southwestern Electric Power Company.

Mr. Johnson will retire from Hunton Andrews Kurth LLP on March 31, 2024. These proceedings are in abeyance (ECF Nos. 207-1, 333-2) and not at a stage where withdrawal would unduly delay the Court's disposition of the case or unfairly prejudice any party.

UWAG et al. consents to the withdrawal of Ms. Bulleit and Mr. Johnson. UWAG et al. will continue to be represented in this matter by lead counsel Andrew J. Turner and by Brian R. Levey. Counsel for UWAG et al. contacted counsel for all other parties in this case, and none is opposed to this motion.

Dated: March 12, 2024

Respectfully submitted by:

*/s/ Andrew J. Turner*
Andrew J. Turner
Brian R. Levey
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
aturner@HuntonAK.com
blevey@HuntonAK.com
*Counsel for Petitioners Southwestern Electric Power Company, Union Electric Company d/b/a Ameren Missouri, and Utility Water Act Group and Intervenor Utility Water Act Group*

# CERTIFICATE OF COMPLIANCE

The undersigned counsel states that this motion complies with FED. R. APP. P. 27(d)(2)(A) because it contains 239 words, excluding the parts exempted by FED. R. APP. P. 32(f), as counted by a word processing system and, therefore, is within the word limit. This response also complies with the typeface requirements of FED. R. APP. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman font.

Dated: March 12, 2024  */s/ Andrew J. Turner*
Andrew J. Turner
*Counsel for Petitioners Southwestern Electric Power Company, Union Electric Company d/b/a Ameren Missouri, and Utility Water Act Group and Intervenor Utility Water Act Group*

## CERTIFICATIONS UNDER ECF FILING STANDARDS

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

Dated: March 12, 2024            */s/ Andrew J. Turner*
Andrew J. Turner
*Counsel for Petitioners Southwestern Electric Power Company, Union Electric Company d/b/a Ameren Missouri, and Utility Water Act Group and Intervenor Utility Water Act Group*

# CERTIFICATE OF SERVICE

I certify that on March 12, 2024, a true and correct copy of the foregoing was filed through the Court's ECF system, and thereby served on all counsel of record in the consolidated cases.

*/s/ Andrew J. Turner*
Andrew J. Turner
*Counsel for Petitioners Southwestern Electric Power Company, Union Electric Company d/b/a Ameren Missouri, and Utility Water Act Group and Intervenor Utility Water Act Group*
