# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| SOUTHWESTERN ELECTRIC POWER COMPANY, et al., | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 15-60821 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| Respondents. | ) ) | |

## STATUS REPORT

Respondents (collectively, "EPA") submit this status report in accordance with this Court's August 22, 2017 order.

1. These consolidated petitions for review challenge a 2015 EPA rule titled "Effluent Limitations Guidelines and Standards for the Steam Electric Power Generating Point Source Category," 80 Fed. Reg. 67,838 (Nov. 3, 2015) ("2015 Rule").

2. On August 22, 2017, the Court granted EPA's motion to sever and hold in abeyance, pending EPA's reconsideration rulemaking, all judicial proceedings related to certain portions of the 2015 Rule. The Court also granted EPA's proposal to file status reports at ninety-day

1

intervals and promptly upon the completion of further agency action. Doc. No. 00514126308.

3. EPA revised the 2015 Rule in 2020. 85 Fed. Reg. 64,650 (Oct. 13, 2020) ("2020 Rule").

4. On March 25, 2021, this Court ordered that this case continue to be held in abeyance pending judicial review of the 2020 Rule. Doc. No. 00515796267.

5. Petitions for review of the 2020 Rule have been consolidated in the Fourth Circuit. *Appalachian Voices v. EPA*, No. 20-2187 (4th Cir.) (lead case); Consolidation Order, *In re: Environmental Protection Agency, Final Rule: Steam Electric Reconsideration Rule, 85 Fed. Reg. 64,650, Published on October 13, 2020*, MCP No. 161 (J.P.M.L. Nov. 19, 2020), Doc. No. 5.

6. The Fourth Circuit ordered those petitions to be held in abeyance pending EPA's reconsideration of the 2020 Rule. Order, *Appalachian Voices*, No. 20-2187 (4th Cir. April 8, 2022), Doc. No. 83.

7. On May 9, 2024, EPA completed its reconsideration of the 2020 Rule. 89 Fed. Reg. 40,198 (May 9, 2024) ("2024 Rule"). Petitions for review of the 2024 Rule have been consolidated in the Eighth

Circuit. *Sw. Elec. Power Co. v. EPA*, No. 24-2123 (8th Cir.) (lead case); *In re: Environmental Protection Agency, Supplemental Effluent Limitations Guidelines and Standards for the Steam Electric Generating Point Source Category, 89 Fed. Reg. 40198, Published on May 9, 2024*, MCP No. 187 (J.P.M.L. June 14, 2024).

8. Because judicial review of the 2020 Rule remains pending, this Court should continue to hold these petitions in abeyance. In accordance with this Court's August 22, 2017, order, EPA will file another status report either in ninety days or at the conclusion of judicial review of the 2020 Rule—whichever comes sooner.

Respectfully submitted,

TODD KIM
Assistant Attorney General

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2285
Kimere.kimball@usdoj.gov

*Counsel for Respondents*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2024, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

<u>*/s/ Kimere J. Kimball*</u>